Louise M. COLMAN, respondent, v. UNITED STATES REALTY & IMPROVEMENT COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.